WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corporation, Inc.)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JERMAINE KING, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>CONN CREDIT CORPORATION, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>                    Defendants. | Case No.: 2:20-cv-01442-RFB-NJK<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

Plaintiff, Jermaine King ("Plaintiff"), and Defendant, Conn Appliances, Inc., who was erroneously named as Conn Credit Corporation, Inc., ("Conn") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On August 4,, 2020, Plaintiff filed the Complaint [ECF No. 1]. Conn was served with Plaintiff's Complaint on August 11, 2020. As such, Conn's deadline to respond to the Complaint is September 1, 2020.  The Parties have discussed extending the deadline for Conn to respond to Plaintiff's Complaint by an additional twenty-one days to allow for better investigation of the allegations against Conn.

WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Conn to file its responsive pleading to Plaintiff's Complaint to September 22, 2020.

1    This is the first stipulation for extension of time for Conn to file its responsive pleading.
2 The extension is requested in good faith and is not for purposes of delay or prejudice to any other
3 party.
4    As part of this stipulation, Conn agrees to participate in any Rule 26(f) conference that
5 occurs during the pendency of this extension.
6    DATED this 26th day of August, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez, Esq.*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corporation, Inc.)*

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez, Esq.*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123
*Attorneys for Plaintiff, Jermaine King*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 31, 2020