WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corporation, Inc.)*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JERMAINE KING, an individual, | Case No.:  2:20-cv-01442-RFB-NJK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| CONN CREDIT CORPORATION, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that Defendant, Conn Appliances, Inc., who was erroneously named as Conn Credit Corporation, Inc. ("Conn"), has reached a settlement with Plaintiff, Jermaine King ("Plaintiff").

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

     Conn anticipates that at least sixty days are needed for the preparation, finalization, execution and performance of the terms of the settlement agreement.

     DATED this 14th day of September, 2020.

                     WRIGHT, FINLAY & ZAK, LLP

                     */s/ Ramir M. Hernandez, Esq.*
                     Darren T. Brenner, Esq.
                     Nevada Bar No. 8386
                     Ramir M. Hernandez, Esq.
                     Nevada Bar No. 13146
                     7785 W. Sahara Ave., Suite 200
                     Las Vegas, NV 89117
                     *Attorneys for Defendant, Conn Appliances, Inc. (erroneously named as Conn Credit Corporation, Inc.)*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **NOTICE OF SETTLEMENT** on the 14th day of September, 2020, to all parties on the CM/ECF service list.

/s/ Jason Craig
An Employee of WRIGHT, FINLAY & ZAK, LLP