Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JERMAINE KING, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CONN CREDIT CORPORATION, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:20-cv-01442-RFB-NJK<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE** |

Under FRCP 41(a), Plaintiff, Jermaine King, through the undersigned counsel of record, voluntarily dismisses Defendant Equifax Information Services, LLC ("Equifax") with prejudice. Equifax has not served an answer or filed a motion for summary judgment and the court has not set a trial date in this action. Plaintiffs and Equifax will bear their own attorney's fees and costs incurred in this action.

Dated: September 21, 2020  **LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*          .
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8872 S. Eastern Avenue, Suite 270
Las Vegas, Nevada 89123
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*